FILED
2020 Dec-30 PM 04:43
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **GRANT SUNNY IRIELE, as** ) <br> **Administrator of the Estate of** ) <br> **ROSEMARY IWERE IRIELE (aka** ) <br> **ROSEMARY OFUME)** ) <br>      ) <br>      **Plaintiff,** ) <br>      ) <br> **v.** ) <br>      ) <br> **UNITED STATES OF AMERICA,** ) <br> **ET AL.,** ) <br>      ) <br>      **Defendants.** ) | **Civil Action No.:** <br> **7:20-cv-00383-LSC** |

## PLAINTIFF'S MOTION TO WITHDRAW
## MOTIONS FOR ENTRY OF DEFAULT

COMES NOW the Plaintiff, Grant Sunny Iriele, as Administrator of the Estate of Rosemary Iwere Ofume ("Plaintiff"), and requests this Honorable Court to withdraw its previously filed Motions for Entry of Default. *See* Docs. 16-20. As grounds therefore, Plaintiff shows as follows:

1. On December 16, 2020, Plaintiff filed Motions for Entry of Default against individual Defendants Patricia Bradley (Doc. 16), Jason Etheridge (doc. 17), Richard Griffin (Doc. 18), Elizabeth Knopp (Doc. 19), and Christopher Potter (Doc. 20).

2. Since the date of filing, counsel for Plaintiff has been in communication with Defendant USA. Defendant USA acknowledged receipt of the

summons and amended complaint. (*see* Doc. 15). Defendant USA further acknowledged and verified that each of the individual defendants named in this case (Patricia Bradley, Officer Jones, Rischard Griffin, Elizabeth Knopp, Christopher Potter, and Jason Etheridge) were all federal employees and that it will submit responsive pleadings in accordance with Rule 12(a)(3) of the Federal Rules of Civil Procedure.

3. Therefore, based on the above-stated representations, Plaintiff withdraws its previously filed motions. (Docs. 16-20).

WHEREFORE, the Plaintiff, Grant Sunny Iriele, as Administrator of the Estate of Rosemary Iwere Ofume, seeks this Court's permission to withdraw its previously filed Motions for Entry of Default as the matter is now moot.

Respectfully submitted,

/s/Sidney Jackson
Sidney Jackson
*Attorney for the Plaintiff*
**Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
sjackson@wigginschilds.com

# **CERTIFICATE OF SERVICE**

I hereby certify that I have filed a copy of the foregoing with the Clerk of Court using the ECF system and by placing in the U.S. Mail, postage prepaid and properly addressed to the following:

**U.S. Attorney General William Barr**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, D.C. 20530-0001**

**U.S. Attorney's Office**
**1801 4th Avenue North**
**Birmingham, Alabama 35203**

**Warden Patricia Bradley**
**3901 Klein Blvd**
**Lompoc, California 93436**

**Jason Etheridge**
**14469 Wells Creek Ln**
**Ralph, Tuscaloosa County, Alabama 35480**

**Richard Carroll Griffin**
**4060 Huntwick Blvd**
**Alexandria, Louisiana 71303**

**Elizabeth Knopp**
**1119 1st St. N**
**Reform, Pickens County, Alabama 35481**

**Christopher Potter**
**347 2nd St. NW**
**Gordo, Pickens County, Alabama 35466**

This 30th day of December, 2020.

/s/Sidney Jackson
OF COUNSEL